THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGINIA A BURDETTE,<br><br>  Plaintiff,<br><br>  v.<br><br>EMERALD PARTNERS LLC, et al.,<br><br>  Defendants. | CASE NO. C15-0816 JCC<br><br>ORDER VACATING PREVIOUS ORDER WITHDRAWING THE REFERENCE |

This matter comes before the Court on the parties' joint motion to vacate the order withdrawing reference (Dkt. No. 5). On July 16, 2015, the Court granted Defendant's motion to withdraw the reference from the bankruptcy court, although it simultaneously referred pretrial matters to that court. (Dkt. No. 4 at 1.) The parties subsequently agreed to dismiss Plaintiff's claims for declaratory judgment, breach of joint venture agreement, breach of partnership agreement, and breach of crop share agreement. (Dkt. No. 5 at 2.) The parties also consented to the bankruptcy court entering final adjudication, after which it dismissed Plaintiff's unjust enrichment claim on summary judgment. (*Id.*) Plaintiff's fraudulent transfer claims are now all that remain. (*Id.*) The parties stipulate that these are core proceedings. (*Id.*)

The bankruptcy court is permitted to enter "appropriate orders and judgments" in core proceedings. 28 U.S.C. § 157(b)(1). Moreover, if all parties consent to the bankruptcy court's jurisdiction, then it may conduct trial. § 157(e). Both of these factors are present here. Trial in

the bankruptcy court is therefore proper. The Court hereby VACATES its order withdrawing the reference (Dkt. No. 4) and REFERS this matter to the bankruptcy court for trial.

DATED this 11th day of April 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER VACATING PREVIOUS ORDER
WITHDRAWING THE REFERENCE
PAGE - 2